NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

OCT 22 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANCISCO J. GONZALEZ, | No.    18-16801 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-04173-ROS-ESW |
| v. | |
| JOSEPH M. ARPAIO, Former Maricopa County Sheriff; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, District Judge, Presiding

Submitted October 15, 2019[**]

Before:    FARRIS, LEAVY, and RAWLINSON, Circuit Judges.

Former pretrial detainee Francisco J. Gonzalez appeals pro se from the district court's August 8, 2018 and September 5, 2018 orders denying reconsideration of the district court's order dismissing his 42 U.S.C. § 1983 action alleging constitutional violations arising out of his detention.  We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).  We affirm.

The district court did not abuse its discretion by denying Gonzalez's motions for reconsideration because Gonzalez failed to establish any basis for such relief.  *See id.* at 1262-63 (setting forth grounds for reconsideration under Fed. R. Civ. P. 59(e) and 60(b)); *see also Maxwell v. County of San Diego*, 708 F.3d 1075, 1097 (9th Cir. 2013) ("[T]here is no respondeat superior liability under § 1983.").

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**